**UNITED STATES DISTRICT COURT**                    **Courtroom 940**
**EASTERN DISTRICT OF NEW YORK**                  DATE: 5/7/2025          TIME:
BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: Civil Cause for Pre-Motion Conference
**2:24-cv-00386-GRB-ST** Jacobsen et al v. Long Island Community Hospital

APPEARANCES:        Plaintiff:  Ankita Sangwan and Samuel Adams

                    Defendant:  Reginald Goeke
FTR: 2:05- 2:32
Court Reporter:              (Please contact directly to order the transcript
https://www.nyed.uscourts.gov/transcript-information )

**Motion for:    to dismiss 3ʳᵈ amended complaint**
**Movant:        defendant**

Case called.

☒    Counsel for all sides present.

☒    Pre-motion conference held.

        ☐Parties to meet and confer and submit a schedule within 2 weeks.

        ☐Motion Schedule set.    Motion served by:

                                Response served by:

                                Reply and all papers filed by:

☐    Discovery to proceed while motion is pending. Parties to contact Magistrate
     Judge assigned to the case to schedule an Initial Conference.
☒    Motion argued.

☒    The Court deems the motion made.

☒    Other: <u>For the reasons set forth on the record, the motion is denied. Discovery</u>

<u>schedule to continue.</u>

☐    The parties are to submit order on notice to all parties.

☐    Settlement discussed. Choose an item.

☐    Jury Selection and trial set for:
        Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact the ESR department in
Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be
found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.**