**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NICHOLE JACOBSEN, KATHERINE KING, DEBORAH DALRYMPLE, LAURA PHILLIPS, and JEFFREY HUNTER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>      v.<br><br>LONG ISLAND COMMUNITY HOSPITAL, ROBERT SCHWARZ, ERNEST PATRICK SMITH, LISA ROSE, RICHARD MARGULIS, JAMES MAIORINO, WALTER LADICK, MARK MULHOLLAND, MARC ADLER, and FREDERICK C. BRAUN, III,<br><br>          Defendants. | **Case No. 2:24-cv-00386-GRB-ST**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs Nichole Jacobsen, Katherine King, Deborah Dalrymple, Laura Phillips, and Jeffrey Hunter ("Plaintiffs") and Defendants Long Island Community Hospital, Robert Schwarz, Ernest Patrick Smith, Lisa Rose, Richard Margulis, James Maiorino, Walter Ladick, Mark Mulholland, Marc Adler, and Frederick C. Braun, III (together with Plaintiffs, "the Parties"), hereby jointly notify the Court that the Parties have reached a settlement in principle, subject to negotiation of a full and final settlement agreement and Court approval.

The Parties are in the process of negotiating and finalizing a settlement agreement that would resolve this litigation on a class-wide basis. Plaintiffs anticipate filing a motion for preliminary approval of the class action settlement within ninety (90) days. In light of the agreement to settle this matter, and in the interest of efficiency and preserving judicial resources,

the Parties respectfully request that all deadlines, hearings, or other dates set by the Court in this

matter be suspended pending the forthcoming filing of a motion for preliminary approval of the

class action settlement.

Dated: May 20, 2026                                          Respectfully submitted,


POMERANTZ LLP                                                MAYER BROWN LLP


By: */s/ Gustavo F. Bruckner*                               By: */s/ Reginald R. Goeke*
Gustavo F. Bruckner                                         Reginald R. Goeke
Samuel J. Adams                                             E. Brantley Webb (*pro hac vice*)
Ankita Sangwan                                              Michael Bornhorst (*pro hac vice*)
600 Third Avenue, 20th Floor                                Sarah Martin (*pro hac vice*)
New York, NY 10016                                          Jennifer Weinberg (*pro hac vice*)
Telephone: (212) 661-1100                                   1999 K Street NW
Facsimile: (917) 463-1044                                   Washington, DC 20006
                                                            (202) 263-3000
*Counsel for Plaintiffs*
                                                            *Counsel for Defendants*